**Sharon Rae MOORE, Appellant,**

v.

**Eric Karl MOORE, Respondent.**

No. WD 75650.

Missouri Court of Appeals, Western District.

July 30, 2013.

Dan J. Pingelton, Columbia, MO, for Appellant.

Melissa L. Moss, St. Louis, MO, for Respondent.

Before Division Two: THOMAS H. NEWTON, Presiding Judge, and KAREN KING MITCHELL and GARY D. WITT, Judges.

### Order

PER CURIAM:

Sharon Rae Moore (Mother) appeals the trial court's judgment modifying child custody. She argues that the trial court was required to appoint a guardian ad litem (GAL) pursuant to section 452.423.2 because Eric Karl Moore (Father) made allegations of neglect in his motion to modify. Mother claims that, by failing to appoint a GAL, the trial court committed reversible error. Finding no error, however, we affirm. Rule 84.16(b).